UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONY PARKER,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, etc., *et al.*,<br><br>        Defendant. | 2:11-cv-1514-KJD-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on March 5, 2012, and April 23, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   20th   day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge